1 | DAVID J. COOK, ESQ. (State Bar # 060859)
  | ROBERT J. PERKISS, ESQ (State Bar # 62386)
2 | COOK COLLECTION ATTORNEYS
  | A PROFESSIONAL LAW CORPORATION
3 | 333 Pine Street, Suite 300
  | San Francisco, CA  94104-3381
4 | Mailing Address: P.O. Box 270            NUNC PRO TUNC 1/4/2008
  | San Francisco, CA  94104-0270
5 | Tel.: (415) 989-4730
  | Fax: (415) 989-0491
6 | File No. 51,430

7 | Attorneys for Plaintiff
  | TOP RANK INC.

8

                    UNITED STATES DISTRICT COURT

9

                    CENTRAL DISTRICT OF CALIFORNIA

10

                    WESTERN DIVISION (LOS ANGELES)

11

12 | TOP RANK INC.,                  )   CASE NO. 2:96-cv-08799-AAH-VAP
                                     )
13 |              Plaintiff,         )
                                     )   [PROPOSED] RENEWAL OF
14 | vs.                             )   CONSENT JUDGMENT
                                     )
15 | MAMIE LOUNGE INC.; ELBA         )
    | FREEMAN doing business as      )
16 | Mamies,                         )
                                     )
17 |              Defendants.        )
    | _____    )

18

19 |        Based upon the application for renewal of the judgment of the original

20 | judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320,

21 | and for good cause appearing, therefore,

22 |        The Consent Judgment to and against Defendants ELBA FREEMANAND

23 | MAMIE LOUNGE, INC., entered on 02/11/98, be and the same is hereby renewed

24 | in the amounts as set forth below:

25 |        Renewal of money judgment

26 |            a. Total judgment                      $750.00
            |    b. Costs after judgment                $  -0-
27 |            c. Subtotal (*add a and b*)             $750.00
            |    d. Credits after judgment              $  -0-
28 |            e. subtotal (*subtract d from c*)       $750.00

RENEWAL OF CONSENT JUDGMENT - CASE NO. 2:96-cv-08799-AAH-VAP                    1

|  |  |  |
|---|---|---|
| f. | Interest after judgment | $187.50 |
| g. | Fee for filing renewal application | $  -0- |
| h. | **Total renewed judgment** *(add e, 5, and g)* | $937.50 |

DATED: January 13, 2011 _____

CLERK, by *Irene Ramirez* _____
Deputy

F:\USERS\DJCNEW\mamies.renewal